IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA C. WOOD,<br>　　　　Plaintiff,<br>　　v.<br>COUNTY OF CONTRA COSTA, et al.,<br>　　　　Defendants. | Case No. 19-cv-07124-MMC<br><br>**ORDER STAYING PROCEEDINGS** |

By order filed concurrently herewith, the Court has directed plaintiff Andrea C. Wood ("Wood") to show cause why the complaint in above-titled action should not be dismissed without leave to amend. In light thereof, with the exception of the filing of Wood's response to the order to show cause, all proceedings in the above-titled action are hereby STAYED. See Landis v. North American Co., 299 U.S. 248, 254 (1936) (holding "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants"). In particular, pending resolution of the order to show cause, no motions shall be filed, including motions to dismiss, motions for sanctions, and motions for entry of default, and no discovery shall be sought or exchanged. Any party seeking leave from the stay must file an administrative motion pursuant to Civil Local Rule 7-11.

**IT IS SO ORDERED.**

Dated: November 8, 2019

　　　　　　　　　　　　　　　　　　Maxine M. Chesney
　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge