IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA C. WOOD,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>    Defendants. | Case No. 19-cv-07124-MMC<br><br>**ORDER DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND; DIRECTIONS TO CLERK** |

By order flied November 8, 2019, the Court directed plaintiff Andrea Wood to show cause why the complaint filed in the above-titled action should not be dismissed without leave to amend. Now before the Court is plaintiff's response to said order to show cause. Having read and considered plaintiff's response, the Court rules as follows.

In its order to show cause, the Court found the above-titled action was, in all material respects, identical to a prior action filed by plaintiff, which action had been dismissed on the ground it was barred by the Rooker-Feldman and Younger doctrines. In her response, plaintiff fails to respond to the Court's finding; significantly, plaintiff neither denies the instant action is duplicative of her prior action, nor explains why the instant action likewise is not barred by said doctrines.

Accordingly, for the reasons stated in the Court's order of November 8, plaintiff's complaint is hereby DISMISSED without leave to amend, and without prejudice.

The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: December 3, 2019

MAXINE M. CHESNEY
United States District Judge